Paul LEWIS, Plaintiff—Appellant,

v.

HP/EDS, (HEWLETT–PACKARD) ELECTRONIC DATA SYSTEMS; Bank of America, Defendants–Appellees.

No. 09–1722.

United States Court of Appeals, Fourth Circuit.

Submitted: March 16, 2010.

Decided: March 19, 2010.

Paul Lewis, Appellant Pro Se. Elizabeth Anne Scully, Baker & Hostetler, LLP, Washington, D.C., for Appellees.

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Lewis appeals the district court's order denying relief in his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lewis v. HP/ EDS, (Hewlett–Packard) Elec. Data Sys.,* No. 2:08–cv–00628–RAJ–JEB (E.D.Va. May 29, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*